UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED

AUG 2 7 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 20 CR 447 |
| v. | Violation: Title 18, United States Code, Section 922(g)(1) |
| KOSHAUN L. HUGHES | |

JUDGE GETTLEMAN

MAGISTRATE JUDGE KIM

The SPECIAL JANUARY 2020 GRAND JURY charges:

On or about July 31, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

KOSHAUN L. HUGHES,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Springfield Armory Model XD, .40 caliber semi-automatic pistol bearing serial number US468150, which firearm had traveled in interstate and foreign commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2020 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Springfield Armory Model XD, .40 caliber semi-automatic pistol bearing serial number US468150 and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY