Your Vehicle at a Glance
# Exterior Overview



① Trunk lid .................................................................................................... page 3-36
② Child safety lock ........................................................................................ page 3-35
③ Outside mirror ........................................................................................... page 3-61
④ Tires ........................................................................................................... page 8-31
⑤ Light bulbs ................................................................................................ page 8-38

1-6  The equipment and installation position varies by vehicle

Form No.8CD1-EA-11C