5
PLEASE PAY FIRST
NO SMOKING
ILLINOIS
03-21
BZ 37742
LAND OF LINCOLN
mazda6

