Instantly share code, notes, and snippets.

stevevance / **chicago_pod_cameras_031816.geojson**

Last active 6 months ago

☆ Star

<> Code    Revisions 2    ☆ Stars 3

Map of Chicago's Police Observation Device (POD) cameras

**chicago_pod_cameras_031816.geojson**

